IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ASHLEY LYNN SPINK,

    Plaintiff,

v.

FAIRWAY INDEPENDENT MORTGAGE,

    Defendant.

JUDGMENT IN A CIVIL CASE

18-cv-585-bbc

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case.

/s/  
Peter Oppeneer, Clerk of Court

9/28/2018  
Date